UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

vs.                                                  2:97-cr-3-FtM-29SPC

RAMIRO LOZANO
_____

**ORDER**

This matter comes before the Court on the Motion by the United States for Reduction in Sentence Pursuant to Fed. R. Crim. P. 35(b) (Doc. #87), filed on January 13, 2006. The Court heard oral argument from government counsel and defendant's attorney, and testimony from defendant, on June 26, 2006.

The Court finds that defendant's assistance does qualify as substantial assistance under Fed. R. Crim. P. 35(b) and 18 U.S.C. § 3553(e), and therefore defendant qualifies for a reduction in sentence. The Court will grant a four level reduction, as recommended by the government. This results in a Total Offense Level of 31, a Criminal History Category of I, and a range of imprisonment of 108 to 135 months. The Court finds that a sentence of 114 months imprisonment is sufficient, but not greater than necessary, to comply with the purposes of sentencing as set forth in 18 U.S.C. § 3553(a) after considering defendant's substantial assistance, the advisory recommendation of the Sentencing Guidelines, and all the factors identified at 18 U.S.C. §

3553(a)(1)-(7). All other components of the original sentence shall remain as originally imposed.

Accordingly, it is now

**ORDERED**:

1. The Motion By The United States For Reduction in Sentence Pursuant to Fed. R. Crim. P. 35(b) (Doc. #87) is **GRANTED** as set forth above.

2. The Clerk of the Court shall enter an Amended Judgment reducing the sentence imposed to 114 months imprisonment, and otherwise leaving all other components of the sentence as originally imposed.

**DONE AND ORDERED** at Fort Myers, Florida, this __27th__ day of June, 2006.

*/s/ John E. Steele*
JOHN E. STEELE
United States District Judge

Copies:
AUSA
Counsel of Record
DCCD
U.S. Marshal
U.S. Probation